UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARNEY PERRY and PERRYAL MUSIC COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>FANTASY RECORDS, et al.,<br><br>Defendants. | Case No. 13-cv-01158 NC<br><br>**REFERRAL TO LEGAL HELP CENTER** |

The Court has received plaintiff Barney Perry's letter, Dkt. No. 13, filed on April 8, 2013, in which he seeks an extension of time to obtain legal representation. For guidance, plaintiff may refer to the Court's Pro Se Handbook, available on the Court's website at http://www.cand.uscourts.gov/prosehandbook, or contact the Legal Help Center, which provides information and limited-scope legal advice to pro se litigants in civil cases. The Legal Help Center requires an appointment, which can be made by calling (415) 782-9000 x8657.

IT IS SO ORDERED.

Date: April 18, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge