# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BARNEY PERRY and PERRYAL MUSIC COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>FANTASY RECORDS, et al.,<br><br>Defendants. | Case No. 13-cv-01158 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Saundra Brown Armstrong to determine whether it is related to *Perry v. Zaentz, et al.*, Case No. 95-cv-3881 SBA.

IT IS SO ORDERED.

Date: April 18, 2013

Nathanael M. Cousins
United States Magistrate Judge