1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9         **NORTHERN DISTRICT OF CALIFORNIA**
10           **SAN FRANCISCO DIVISION**

11
12   BARNEY PERRY and PERRYAL MUSIC          Case No. 13-cv-01158 NC
     COMPANY,
13                                           **SUA SPONTE JUDICIAL**
              Plaintiffs,                    **REFERRAL FOR PURPOSES OF**
                                             **DETERMINING RELATIONSHIP**
14        v.                                 **OF CASES**

15   FANTASY RECORDS, et al.,
16            Defendants.

17

18       In accordance with Civil Local Rule 3-12(c), **IT IS HEREBY ORDERED** that the
19
     above captioned case is referred to Judge Saundra Brown Armstrong to determine whether
20
     it is related to *Perry v. Zaentz, et al.*, Case No. 95-cv-3881 SBA.
21
         IT IS SO ORDERED.
22
         Date: April 18, 2013
23                                           _____
                                             Nathanael M. Cousins
24                                           United States Magistrate Judge
25
26
27
28