# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BARNEY PERRY and PERRYAL MUSIC COMPANY,<br><br>    Plaintiffs,<br><br>    v.<br><br>FANTASY RECORDS, et al.,<br><br>    Defendants. | Case No. 13-cv-01158 NC<br><br>**ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE**<br><br>Re: Dkt. No. 30 |

Pro se plaintiff Barney Perry's request for telephonic appearance at the hearing on defendants' motion to dismiss currently set for June 5, 2013 at 1:00 p.m. is hereby GRANTED. Perry must contact the Courtroom Deputy at 415.522.2039 to provide a contact number for this appearance.

IT IS SO ORDERED.

Date: May 13, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge