| | |
|---|---|
| 1 | ARNOLD & PORTER LLP |
| | DANIEL B. ASIMOW (No. 165661) |
| 2 | daniel.asimow@aporter.com |
| | CSABA RUSZNAK (No. 283768) |
| 3 | csaba.rusznak@aporter.com |
| | Three Embarcadero Center, 10th Floor |
| 4 | San Francisco, CA 94111-4024 |
| 5 | Attorneys for Defendant |
| | FANTASY RECORDS |
| 6 | SAUL ZAENTZ COMPANY |
| | PAUL ZAENTZ |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | BARNEY PERRY and PERRYAL MUSIC COMPANY, | Case No.: 13-cv-01158 NC |
| 12 | Plaintiffs, | [~~PROPOSED~~] **ORDER GRANTING DEFENDANTS FANTASY RECORDS, SAUL ZAENTZ COMPANY, AND PAUL ZAENTZ'S EX PARTE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES** |
| 13 | vs. | |
| 14 | FANTASY RECORDS, SAUL ZAENTZ COMPANY and PAUL ZAENTZ, | |
| 15 | | |
| 16 | Defendants. | |

1  The Court, having considered Defendants' Ex Parte Motion to Continue Case Management
2  Conference and Associated Deadlines, and good cause appearing:
3  IT IS HEREBY ORDERED: the Case Management Conference in this case is continued
4  until September 11, 2013, and all other associated deadlines are continued accordingly.

8  Dated: _____May 17_____, 2013

   Honorable
   United
   United States District Judge Northern
   District

   IT IS SO ORDERED
   Judge Nathanael M. Cousins

- 1 -
[PROPOSED] ORDER GRANTING EX PARTE MOTION TO CMC AND ASSOC. DEADLINES 13-cv-01158 NC