1  ARNOLD & PORTER LLP
   DANIEL B. ASIMOW (No. 165661)
2  daniel.asimow@aporter.com
   CSABA RUSZNAK (No. 283768)
3  csaba.rusznak@aporter.com
   Three Embarcadero Center, 10th Floor
4  San Francisco, CA 94111-4024

5  Attorneys for Defendant
   FANTASY RECORDS
6  SAUL ZAENTZ COMPANY
   PAUL ZAENTZ
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | BARNEY PERRY and PERRYAL MUSIC COMPANY, | Case No.: 13-cv-01158 NC
12 | | **[PROPOSED] ORDER GRANTING DEFENDANTS FANTASY RECORDS, SAUL ZAENTZ COMPANY, AND PAUL ZAENTZ'S EX PARTE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES**
   | Plaintiffs, |
13 | |
   | vs. |
14 | |
   | FANTASY RECORDS, SAUL ZAENTZ COMPANY and PAUL ZAENTZ, |
15 | |
16 | Defendants. |

17

18

19

20

21

22

23

24

25

26

27

28

1  The Court, having considered Defendants' Ex Parte Motion to Continue Case Management
2  Conference and Associated Deadlines, and good cause appearing:
3  IT IS HEREBY ORDERED: the Case Management Conference in this case is continued
4  until September 11, 2013, and all other associated deadlines are continued accordingly.

8  Dated: _____May 17_____, 2013

*IT IS SO ORDERED*
*Judge Nathanael M. Cousins*
(United States District Court, Northern District of California seal)